UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MARK A. MURRELL
CHRISTINE L. MURRELL            Chapter 7
           Case No. 08-59223-WS.D
       Debtor.        Hon: Walter Shapero.Detroit
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

     The attached check in the amount of $2.38, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Recovery Management Systems Corp.<br>for GE Money Bank<br>dba QCard<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $2.38 |
| | **TOTAL:** | **$2.38** |

Dated:    2/25/10                             /s/ Stuart A. Gold
                                                      Stuart A. Gold, Trustee
                                                      24901 Northwestern Hwy., Ste 444
                                                      Southfield, MI 48075-2223
                                                      (248) 350-8220
                                                      stuart.gold@7trustee.net